IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KEVIN SANTIAGO,
    Petitioner,

vs.                                CASE NO. 4:06cv146-SPM/WCS

STATE OF FLORIDA,
    Respondent.
_____/

### ORDER

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated May 31, 2006 (doc. 3). Petitioner has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation is ADOPTED and incorporated by reference in this order.

2.    This action is transferred to the United States District Court for the Middle District of Florida.

DONE AND ORDERED this 13th day of December, 2006.

                                      *s/ Stephan P. Mickle*
                                  Stephan P. Mickle
                                  United States District Judge